The Supreme Court docket number is SC 17639.

*Glenn T. Terk,* in support of the petition.

Decided March 31, 2006

STATE OF CONNECTICUT *v.* LEON E. BELL

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 650 (AC 26501), is denied.

*Kirstin B. Coffin,* special public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided March 31, 2006

STATE OF CONNECTICUT *v.* LUISA BERMUDEZ

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 155 (AC 25546), is denied.

*Aaron J. Romano,* special public defender, in support of the petition.

*Robert J. Scheinblum,* senior assistant state's attorney, in opposition.

Decided March 31, 2006

LASALLE BANK, NA, TRUSTEE *v.*
DORIS A. FORD ET AL.

The petition by the defendant Calvin Tatum for certification for appeal from the Appellate Court (AC 26886) is denied.